**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

TANYA F. KELLY,                              )
                                            )
                        Plaintiff,          )
        vs.                                 )        1:04-cv-1927-SEB-VSS
                                            )
JO ANNE B. BARNHART, Commissioner           )
 of the Social Security Administration,     )
                                            )
                        Defendant.          )

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the final decision of the Commissioner that Tanya F. Kelly is not entitled to Disability Insurance Benefits based on her application filed on May 31, 2002, is **REVERSED AND REMANDED** to the Commissioner for further proceedings consistent with the Entry issued this day.

This is a "sentence four" remand pursuant to 42 U.S.C. § 405(g).

Date: _01/18/2006_

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Charles D. Hankey
charleshankey@hankeylawoffice.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov